```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


CALVIN SMITH, JR.                           CIVIL ACTION

VERSUS                                      NO: 12-354

MICHAEL J. ASTRUE,                          SECTION: "J"(2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION
```

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation (Rec. Doc. 17), and the Plaintiff's Objections thereto (Rec. Doc. 18), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Objections to the Findings and Recommendation of the United States Magistrate Judge (Rec. Doc. 18) are hereby **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint (Rec. Doc. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, this 6th day of February, 2013.

                              CARL J. BARBIER
                              UNITED STATES DISTRICT JUDGE